**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WILLIAM BURCH,           )<br>                          )<br>    Plaintiff,            )<br>                          )<br>    v.                    )<br>                          )<br>CHAMPION LABORATORIES, INC., )<br>                          )<br>    Defendant.            ) | Case No. 06-CV-1030-JPG |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter comes before the Court on defendant's motion to consolidate this case into *Champion Laboratories, Inc. v. Burch*, Case No. 06-4031 (S.D. Ill) (Doc. 49). Plaintiff has responded to this motion (Doc. 51) and with that response, requested a bifurcated trial. Defendant opposes plaintiff's request for a bifurcated trial.

For the reasons stated in defendant's motion, and pursuant to Federal Rule of Civil Procedure 42, the motion to consolidate is **GRANTED**. This matter is consolidated into Case No. 06-4031-JPG. All future pleadings in the matter shall be filed in Case No. 06-4031-JPG. The Court **RESERVES RULING** on Burch's request for a bifurcated trial.

**IT IS SO ORDERED.
Dated: March 5, 2007.**

                                                   **s/ J. Phil Gilbert**
                                                   **J. PHIL GILBERT
U.S. District Judge**