UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHAMPION LABORATORIES, INC., | |
| Plaintiff, | |
| v. | Case No. 06-cv-4031 -JPG |
| WILLIAM G. BURCH, | |
| Defendant. | |
| WILLIAM G. BURCH, | Consolidated with: |
| Plaintiff, | Case No. 06-cv-1030-JPG |
| v. | |
| CHAMPION LABORATORIES, INC., | |
| Defendant. | |

## **JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI, CLERK**

Dated: September 8, 2008                              s/Brenda K. Lowe, Deputy Clerk


**Approved:**   **s/J. Phil Gilbert**
                        **DISTRICT JUDGE**